**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: JAMILA ANTOINETTE STRIBLING      CHAPTER 13 NO: 20-02993-JAW

<u>**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**</u>

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **<u>28th</u>** day of **<u>January 2026.</u>**

<u>/s/Torri Parker Martin</u>
Torri Parker Martin
Chapter 13 Trustee
200 North Congress St., Suite 400
Jackson, MS 39201
Tel: 601-981-9100
Fax: 601-981-1983