IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jamila Antoinette Stribling, Debtor          Case No. 20-02993-JAW
                                                      Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

     prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Jamila Antoinette Stribling_____        02-02-2026___
       Jamila Antoinette Stribling                                                    Date

     /s/ Thomas C. Rollins, Jr._____        02-02-2026___
     Thomas C. Rollins, Jr., MS Bar No. 103469                     Date
     Attorney for the Debtor
     The Rollins Law Firm, PLLC
     P.O. Box 13767
     Jackson, MS 39236
     601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On February 2, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                           /s/ Thomas C. Rollins, Jr._____
                                           Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-02993 |
|---|---|
| JAMILA ANTOINETTE STRIBLING | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/2/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JAMILA ANTOINETTE STRIBLING | CASE NO: 20-02993<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/2/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/2/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-02993<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON FEB 2 8-57-57 PST 2026 | CAPITAL FURNITURE COMPANY  INC<br>CO SIMPSON LAW FIRM PA<br>P O BOX 2058<br>MADISON  MS 39130-2058 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | A1 CHECK CASHING<br>607 C HWY 51<br>RIDGELAND  MS 39157-2147 | AARONS<br>3147 HWY 80<br>PEARL  MS 39208-3503 |
| ADVANCE AMERICA<br>4237B LAKELAND DR<br>FLOWOOD  MS 39232-9212 | ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS<br>ADVANCE AMERICA<br>CO PURPOSE FINANCIAL  INC<br>PO BOX 3058<br>SPARTANBURG  SC 29304-3058 | ALL ABOUT U AUTO<br>PO BOX 6486<br>JACKSON  MS 39282-6486 |
| AMERICAN PHYSCIAN HOLD<br>PO BOX 3910<br>TUPELO  MS 38803-3910 | (P)CAINE  WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | ~~EXCLUDE~~<br><br>~~(D)CAPITAL FURNITURE COMPANY  INC~~<br>~~CO SIMPSON LAW FIRM PA~~<br>~~P O BOX 2058~~<br>~~MADISON MS 39130-2058~~ |
| CREDIT MANAGEMENT  LP<br>6080 TENNYSON PARKWAY<br>PLANO  TX 75024-6002 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DIRECTV  LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| DOWES AUTO SALES<br>4218 HALLS FERRY RD<br>VICKSBURG  MS 39180-6140 | DOWES AUTO SALES<br>ROBERT DOWE<br>204 PLANTATION DR<br>VICKSBURG MS 39183-8794 | EAGLE FINANCIAL SERVICES  INC<br>PO BOX 54927<br>CINCINNATI  OH 45254-0927 |
| EARTH AUTO CREDIT  LLC DBA CNAC<br>5719 I55 N<br>JACKSON MS 39206-2939 | FINANCIAL SYSTEMS<br>2821 N HOLLAND SYLV<br>TOLEDO  OH 43615-1851 | FRANKLIN COLLECTION<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JD BYRIDER  CNAC<br>2521 HWY 80 EAST<br>PEARL  MS 39208-3328 | JOHN S SIMPSON<br>SIMPSON LAW FIRM  PA<br>FOR CAPITAL FURNITURE COMPANY<br>PO BOX 2058<br>MADISON  MS 39130-2058 |
| LOAN MASTER<br>911 MS DR  C<br>WAYNESBORO  MS 39367 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MED DATA SYSTEMS<br>755 WEST NASA BLVD<br>MELBOURNE  FL 32901-1815 |

| | | |
|---|---|---|
| MERIT HEALTH RIVER REG<br>PO BOX 841672<br>DALLAS  TX 75284-1672 | MIRAMED REVENUE GROUP<br>360 E 22ND STREET<br>LOMBARD  IL 60148-4924 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON  MS 39225-2808 |
| MISSISSIPPI PHYSICIANS<br>1225 N STATE ST<br>JACKSON  MS 39202-2064 | NICE LOANS<br>1306 ELLIS AVENUE<br>JACKSON  MS 39204-2201 | ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | (P)HOLLIS COBB<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 279<br>NORCROSS GA 30091-0279 |
| PROGRESSIVE<br>11629 SO 700 E<br>DRAPER  UT 84020-8376 | QUICK CASH<br>314121 PEMBERTON BLVD<br>VICKSBURG MS 39180 | QUICK CASH<br>825 W NORTHSIDE DR<br>JACKSON  MS 39206-4508 |
| SIMPSON LAW FIRM<br>PO BOX 1410<br>RIDGELAND  MS 39158-1410 | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON  MS 39204-2204 | UMMC<br>PO BOX 3488<br>DEPT 05-077<br>TUPELO  MS 38803-3488 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | UNITED COLLECTION BURE<br>5620 STHWYCK BLVD<br>TOLEDO  OH 43614-1501 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| UNLIMITED CASH ADVANCE<br>3205 N FRONTAGE RD<br>SRE 3<br>VICKSBURG  MS 39180-5150 | UNLIMITED CASH ADVANCE  TITLE LOANS<br>UNLIMITED CASH ADVANCE<br>3205 NORTH FRONTAGE RD SUITE 3<br>VICKSBURG MS 39180-5150 | VICKSBURG VIDEO INC<br>900 US 61<br>VICKSBURG  MS 39183-3414 |
| ADVANCE AMERICA<br>CO PURPOSE FINANCIAL<br>PO BOX 3058<br>SPARTANBURG  SC 29304-3058 | DEBTOR<br>JAMILA ANTOINETTE STRIBLING<br>726 LOCUST STREET<br>VICKSBURG  MS 39183-2281 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | ~~EXCLUDE~~<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT~~<br>~~200 NORTH CONGRESS STREET  STE 400~~<br>~~JACKSON MS 39201-1902~~ | |