United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 20-02993-JAW

Jamila Antoinette Stribling

Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3        User: mssbad        Page 1 of 3

Date Rcvd: Feb 27, 2026        Form ID: 3180W        Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamila Antoinette Stribling, 726 Locust Street, Vicksburg, MS 39183-2281 |
| 4958844 | + | A1 Check Cashing, 607 C Hwy 51, Ridgeland, MS 39157-2147 |
| 4958847 | + | All About U Auto, P.O. Box 6486, Jackson, MS 39282-6486 |
| 4958848 | + | American Physcian Hold, PO Box 3910, Tupelo, MS 38803-3910 |
| 4983111 | + | Dowes Auto Sales, Robert Dowe, 204 Plantation Dr., Vicksburg MS 39183-8794 |
| 4958852 | + | Dowes Auto Sales, 4218 Halls Ferry Rd, Vicksburg, MS 39180-6140 |
| 4965275 | + | Earth Auto Credit, LLC d/b/a CNAC, 5719 I55 N, Jackson MS 39206-2939 |
| 4958853 | + | Financial Systems, 2821 N Holland Sylv, Toledo, OH 43615-1851 |
| 4958857 | + | JD Byrider - CNAC, 2521 Hwy 80 East, Pearl, MS 39208-3328 |
| 4958858 | | Loan Master, 911 MS Dr # C, Waynesboro, MS 39367 |
| 4958860 | + | Merit Health River Reg, P.O. Box 841672, Dallas, TX 75284-1672 |
| 4958862 | + | Mississippi Physicians, 1225 N State St, Jackson, MS 39202-2064 |
| 4960119 | | Quick Cash, 31412-1 Pemberton Blvd, Vicksburg MS 39180 |
| 4958868 | + | Quick Cash, 825 W. Northside Dr, Jackson, MS 39206-4508 |
| 4958873 | + | Unlimited Cash Advance, 3205 N Frontage Rd, Sre 3, Vicksburg, MS 39180-5150 |
| 4965224 | + | Unlimited Cash Advance & Title Loans, Unlimited Cash Advance, 3205 North Frontage Rd Suite 3, Vicksburg MS 39180-5150 |
| 4958875 | + | Vicksburg Video Inc, 900 US 61, Vicksburg, MS 39183-3414 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@teampurpose.com | Feb 27 2026 19:38:00 | Advance America, c/o Purpose Financial, PO Box 3058, Spartanburg, SC 29304, UNITED STATES 29304-3058 |
| cr | + | EDI: PRA.COM | Feb 28 2026 00:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4958845 | + | Email/Text: bankruptcynotices@aarons.com | Feb 27 2026 19:39:00 | Aaron's, 3147 Hwy 80, Pearl, MS 39208-3503 |
| 4958846 | + | Email/Text: bnc@teampurpose.com | Feb 27 2026 19:38:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 4960123 | + | Email/Text: bnc@teampurpose.com | Feb 27 2026 19:38:00 | Advance America, Cash Advance Centers of MS, LLC, Advance America, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 4958849 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 27 2026 19:38:41 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 4958850 | | Email/Text: rboone@simpsonlawfirm.net | Feb 27 2026 19:38:00 | Capital Furniture Company, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 4958851 | + | EDI: CMIGROUP.COM | Feb 28 2026 00:35:00 | Credit Management, LP, 6080 Tennyson Parkway, Plano, TX 75024-6602 |
| 4958855 | | EDI: IRS.COM | Feb 28 2026 00:36:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: Feb 27, 2026        Form ID: 3180W        Total Noticed: 46

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 4959424 | + | EDI: AIS.COM | Feb 28 2026 00:36:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4968234 | + | Email/Text: bac@eagle.com | Feb 27 2026 19:38:00 | Eagle Financial Services, Inc., PO Box 54927, Cincinnati, OH 45254-0927 |
| 4958854 | + | Email/Text: FSBank@franklinservice.com | Feb 27 2026 19:38:00 | Franklin Collection, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4958866 | | Email/Text: AdminServices@holliscobb.com | Feb 27 2026 19:38:39 | Patient Accounts Burea, P.O. Box 279, Norcross, GA 30091-0279 |
| 4958856 | + | Email/Text: ebone.woods@usdoj.gov | Feb 27 2026 19:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4974640 | ^ | MEBN | Feb 27 2026 19:33:30 | John S. Simpson, Simpson Law Firm, P.A., For Capital Furniture Company, P.O. Box 2058, Madison, MS 39130-2058 |
| 4958863 | | EDI: MSDOR | Feb 28 2026 00:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4958859 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 27 2026 19:38:00 | Med Data Systems, 755 West Nasa Blvd, Melbourne, FL 32901-1815 |
| 4958861 | + | Email/Text: mmrgbk@miramedrg.com | Feb 27 2026 19:38:00 | Miramed Revenue Group, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 4962069 | | EDI: MSDOR | Feb 28 2026 00:36:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4958864 | + | Email/Text: nharris@niceloans.com | Feb 27 2026 19:38:00 | Nice Loans, 1306 Ellis Avenue, Jackson, MS 39204-2201 |
| 4960028 | | EDI: AGFINANCE.COM | Feb 28 2026 00:36:00 | ONEMAIN FINANCIAL GROUP, LLC, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4958865 | + | EDI: AGFINANCE.COM | Feb 28 2026 00:36:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4973395 | + | EDI: PRA.COM | Feb 28 2026 00:36:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4958867 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 27 2026 19:38:00 | Progressive, 11629 So 700 E, Draper, UT 84020-8376 |
| 4958869 | | Email/Text: rboone@simpsonlawfirm.net | Feb 27 2026 19:39:00 | Simpson Law Firm, P.O. Box 1410, Ridgeland, MS 39158-1410 |
| 4958870 | + | Email/Text: Tracey@sra-inc.net | Feb 27 2026 19:38:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4958871 | + | Email/Text: Bankruptcies@umc.edu | Feb 27 2026 19:39:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4958874 | ^ | MEBN | Feb 27 2026 19:33:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4958872 | + | Email/Text: BAN5620@UCBINC.COM | Feb 27 2026 19:38:00 | United Collection Bure, 5620 Sthwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital Furniture Company, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison, MS 39130-2058 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Jamila Antoinette Stribling jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John S. Simpson | on behalf of Creditor Capital Furniture Company  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jamila Antoinette Stribling trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Jamila Antoinette Stribling** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   **xxx–xx–4812**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **20–02993–JAW**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jamila Antoinette Stribling**
aka Jamila Stribling

Dated: 2/27/26

**By the court:**     /s/Jamie A. Wilson
                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2